FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY - 2 2025

Kevin P. Weimer, Clerk
By
   Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASMINE KNIGHT | Criminal Information<br><br>No. 1:25-CR-0148 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Conspiracy**
**(18 U.S.C. § 371)**

1. Beginning on a date unknown, but at least by on or about April 5, 2024, and continuing through at least on or about May 22, 2024, in the Northern District of Georgia, the defendant, JASMINE KNIGHT, and others known and unknown, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding to commit certain offenses against the United States, namely to knowingly and with intent to defraud execute and attempt to execute, and did knowingly aid and abet the execution and attempted execution of, a scheme and artifice to defraud United Community Banks, Inc. ("United Community Bank"), a financial institution as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of United Community Bank, by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material facts, in violation of 18 U.S.C. §§ 1344 and 2.

### *Manner and Means: Bank Fraud*

2. Defendant KNIGHT, and others known and unknown, sought to and did obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of United Community Bank.

3. Defendant KNIGHT, deposited and caused to be deposited at least two stolen treasury checks into a bank account that defendant KNIGHT opened and controlled, as described below.

4. On or about the dates listed below, in the Northern District of Georgia, defendant KNIGHT, aided and abetted by others known and unknown, caused the treasury checks identified by the check numbers below to be deposited at United Community Bank, while making and causing to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which at the time defendant KNIGHT knew were false and fraudulent:

| Check | Date (on or about) | Check Number | Amount |
|---|---|---|---|
| 1 | April 5, 2024 | 4045-38873970 | $100,632.44 |
| 2 | May 2, 2024 | 4045-46610852 | $404,040.00 |

### *Overt Acts*

5. On or about November 30, 2023, defendant KNIGHT opened and caused to be opened a bank account at United Community Bank in Lawrenceville, Georgia, in the Northern District of Georgia, in the name of The FlourishXperience LLC.

The account number ended in 2108 (the "FlourishXperience Account"). Defendant KNIGHT made an initial deposit of $20 into the account.

*Check One*

6. Through a means unknown, defendant KNIGHT obtained a stolen treasury check, number 4045-38873970 and dated February 20, 2024, made payable to payee Asahi Kasei America, Inc. in the amount of $100,632.44.

7. Defendant KNIGHT altered and caused to be altered the payee's name on the check to The FlourishXperience LLC, and knew the payee's name had been altered to The FlourishXperience LLC.

8. On or about April 5, 2024, defendant KNIGHT deposited and caused to be deposited the altered check into the FlourishXperience Account.

9. This was the first deposit made to the FlourishXperience Account since the initial deposit of $20.

*Check Two*

10. Through a means unknown, defendant KNIGHT obtained a stolen treasury check, number 4045-46610852 and dated April 23, 2024, made payable to payee Ccoe/Altius Associates U.S. Private Equity Fund in the amount of $404,040.00.

11. Defendant KNIGHT altered and caused to be altered the payee's name to The FlourishXperience LLC, and knew the payee's name had been altered to The FlourishXperience LLC.

12. On or about May 2, 2024, defendant KNIGHT deposited and caused to be deposited the altered check into the FlourishXperience Account.

All in violation of Title 18, United States Code, Section 371.

## Forfeiture

13. Upon conviction of the offense alleged in Count One of this Information, the defendant, JASMINE KNIGHT, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of said violations, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Two of this Indictment.

14. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Matthew R LaGrone*
MATTHEW R. LAGRONE
*Assistant United States Attorney*
Georgia Bar No. 499437

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181